UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST CARPENTERS PENSION TRUST, and the BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTERS PENSION TRUST,<br><br>Plaintiffs<br><br>vs.<br><br>SAN JUAN INSULATION AND DRYWALL, INC., a Colorado corporation; and DOES 1 – 10, inclusive.<br><br>Defendants. | CASE NO.: 2:16-cv-6011 BRO (AGRx)<br><br>JUDGMENT AGAINST SAN JUAN INSULATION AND DRYWALL, INC., AND IN FAVOR OF SOUTHWEST CARPENTERS PENSION TRUST AND BOARD OF TRUSTEES FOR THE SOUTHWEST CARPENTERS PENSION TRUST<br><br>Hon. Beverly Reid O'Connell |

JUDGMENT AGAINST SAN JUAN INSULATION

Upon consideration of the contentions of Plaintiffs Southwest Carpenters Pension Trust and the Board of Trustees for the Southwest Carpenters Pension Trust in open Court, this Court having jurisdiction under 29 U.S.C. § 1401(b)(1) and 1451(c) and 28 U.S.C. § 1331, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Southwest Carpenters Pension Trust and the Board of Trustees for the Southwest Carpenters Pension Trust have a judgment against San Juan Insulation and Drywall, Inc., as follows:

| | |
|---|---:|
| 1. Unpaid withdrawal liability incurred after May 31, 2012 due to the expiration of the collective bargaining agreement that obliged San Juan Insulation and Drywall, Inc., to contribute into the Southwest Carpenters Pension Trust, pursuant to 29 U.S.C. § 1132(g)(2)(A). | $116,920.00 |
| 2. Interest on unpaid withdrawal liability from August 13, 2016 until November 13, 2016 at the rate prescribed by the Pension Benefit Guarantee Corporation to be charged by multiemployer pension plans on withdrawal liability payments, which is 3.50%. | $1,023.05 |
| 3. Liquidated damages pursuant to 29 U.S.C. §132(g)(2)(C)(ii), at ten percent of the withdrawal liability | $11,692.00 |
| 4. Reasonable attorneys' fees per 29 U.S.C. §1132(g)(2)(D). | $6,192.70 |
| TOTAL | $135,827.75 |

IT IS FURTHER ORDERED that San Juan, within thirty (30) days of this Order, pursuant to 29 U.S.C. § 1132(g)(2)(E), shall furnish to Plaintiffs documentation that would reasonably allow Plaintiffs to answer the following questions:

///

1.    What are the names and title of each shareholder, officer and/or director of San Juan as of March 1, 2013?

2.    What is the total number of shares of corporate stock of San Juan as of March 1, 2013?

3.    How many shares did each shareholder hold as of March 1, 2013?

4.  For each director, officer, or shareholder of San Juan, what percentage of combined voting power, profit, capital or other ownership interest in any other corporate or non-corporate business did they hold as of March 1, 2013?

This Court retains jurisdiction for purposes of enforcing the Judgment and the Order to furnish documentation.

IT IS SO ORDERED.

DATED: December 1, 2016

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge